UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sharon K. Brown,                                              Civil No. 10-4860 (PAM/SER)

      Plaintiff,

v.                                                                          **ORDER**

Michael J. Astrue, Commissioner
of Social Security,

      Defendant.

_____

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Steven E. Rau dated November 22, 2011. In the R&R, Magistrate Judge Rau recommended that the Court grant Defendant's Motion for Summary Judgment and deny Plaintiff's Motion for Summary Judgment. No objections to the R&R have been filed in the time period permitted. Accordingly, **IT IS HEREBY ORDERED that**:

1. The R&R (Docket No. 20) is **ADOPTED**;

2. Defendant's Motion for Summary Judgment (Docket No. 18) is **GRANTED**; and

3. Plaintiff's Motion for Summary Judgment (Docket No. 15) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 13, 2011

                                                        *s/ Paul A. Magnuson*
                                                        Paul A. Magnuson
                                                        United States District Court Judge